JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUNO ARGUIN, | Case No. EDCV 12-0263-DTB |
| Plaintiff, | |
| vs. | **J U D G M E N T** |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

In accordance with the Order Reversing Decision of Commissioner and Remanding for Further Administrative Proceedings, filed herewith,

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is reversed and this matter is remanded for further administrative proceedings.

DATED: April 30, 2013

DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE