LAW OFFICES OF BILL LATOUR
BILL LATOUR [CSBN: 169758]
    1420 E. Cooley Dr., Suite 100
    Colton, California 92324
    Telephone: (909) 796-4560
    Facsimile:  (909) 796-3402
    E-Mail: fed.latour@yahoo.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

BRUNO ARGUIN,                     )   No.  EDCV 12-0263 DTB
                                  )
    Plaintiff,                    )   [PROPOSED] ORDER AWARDING
                                  )   EAJA FEES
    v.                            )
                                  )
CAROLYN W. COLVIN,                )
Acting Commissioner Of Social Security,  )
                                  )
    Defendant.                    )

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of THREE THOUSAND SIX HUNDRED TEN DOLLARS AND 18/100 ($3,610.18) subject to the terms of the stipulation.

DATE:  May 17, 2013     _____

                        HON. DAVID T. BRISTOW
                        UNITED STATES MAGISTRATE JUDGE

_____

[1] Ms. Colvin was appointed Acting Commissioner by President Obama on February 14, 2013, and is substituted as a party defendant in this case in accordance with Fed. R. Civ. P. 25(d).

-1-